NO. 07-12-00397-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 25, 2012

_____

SELECT MEDICAL CORPORATION AND SELECT
PHYSICAL THERAPY HOLDINGS, INC., GENERAL
PARTNER, AND SELECT PHYSICAL THERAPY
NETWORK SERVICES, INC., LIMITED PARTNER, D/B/A
SELECT PHYSICAL THERAPY TEXAS LIMITED
PARTNERSHIP, APPELLANTS

v.

ARMSTRONG MOVING & STORAGE INC.; JOSEPH J.
DUX, INDIVIDUALLY AND D/B/A FACILICARE
MANAGEMENT SERVICES AND D/B/A CENTRAL
FACILITY SERVICES; DAVID J. MARTIN AND MARTIN
ENTERPRISES, LLC, APPELLEES

_____

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2009-549,544; HONORABLE WILLIAM C. SOWDER, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.


**MEMORANDUM OPINION**

On September 18, 2012, appellants, Select Medical Corporation and Select

Physical Therapy Holdings, Inc., General Partner, and Select Physical Therapy Network

Services, Inc., Limited Partner, d/b/a Select Physical Therapy Texas Limited

Partnership, filed a motion to dismiss its appeal of the trial court's August 18, 2012

Special Appearance Order and August 31, 2012 Dismissal for Lack of Personal Jurisdiction. No decision of this Court having been delivered to date, we grant the motion. Accordingly, appellants' appeal is dismissed. See TEX. R. APP. P. 42.1(a)(1). As there was no contrary agreement of the parties included in appellants' motion, all costs related to this appeal are assessed against appellants. See TEX. R. APP. P. 42.1(d). If dismissal will prevent appellees from seeking relief to which they would otherwise be entitled, the Court directs any affected appellee to file a timely motion for rehearing. No motion for rehearing from appellants will be entertained.


Mackey K. Hancock
Justice

2